**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
            *Plaintiff-Appellee,*

v.

EARL ANTHONY NEVILS, a/k/a EARL
NEVILS, JR., EARL BOWMAN, EARL
JOHNSON, ALFRED JOHNSON,
"BABYCRIPTOE", "LILAMIGO" and
"BABY FROG,"
            *Defendant-Appellant.*

No. 06-50485

D.C. No.
CR-03-01269-CBM

ORDER

Filed June 16, 2009

---

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2009 Thomson Reuters/West.